UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YAZMIN MORALES-PEÑA,

    Plaintiff,

       v.                        CIVIL NO. 15-2281 (PAD)

HOSPITAL SANTA ROSA, INC.,
ET AL.,

    Defendants.

## PARTIAL JUDGMENT

In accordance with the Order issued at Docket No. 101, and there being no just reason for delay, partial judgment is hereby entered dismissing plaintiff's claims against codefendants Radiology Supporting Services, Inc. and Continental Casualty Company with prejudice, without particular imposition of costs and attorneys' fees.

**SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of June, 2018.

                                                    s/Pedro A. Delgado-Hernández
                                                    PEDRO A. DELGADO-HERNÁNDEZ
                                                    United States District Judge